■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES BUTTS, Appellant.—Judgment, Supreme Court, New York County, rendered on June 24, 1977 affirmed. Concur—Evans, Sandler, Lane and Markewich, JJ.

Kupferman, J. P., dissents in part and would reduce sentence to an indeterminate term not exceeding five years. No opinion.